■ In the Matter of ERIC K., an Infant. OSWEGO COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; LAURIE K., Appellant. (Appeal No. 2.) [773 NYS2d 670]—Appeal from an order of the Family Court, Oswego County (David J. Roman, J.), entered October 7, 2002. The order granted the petition and approved the execution of a judicial surrender committing the guardianship and custody of respondent's son to petitioner for the purpose of adoption.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs.

Same memorandum as in *Matter of Dale K.* (5 AD3d 1039 [2004]). Present—Pigott, Jr., P.J., Wisner, Hurlbutt, Kehoe and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRY FOGAN, Appellant. [773 NYS2d 702]—Appeal from a judgment of the Erie County Court (Timothy J. Drury, J.), rendered August 27, 2001. The judgment convicted defendant, upon a jury verdict, of assault in the first degree and criminal possession of a weapon in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him following a jury trial of assault in the first degree (Penal Law § 120.10 [1]) and criminal possession of a weapon in the third degree (§ 265.02 [1]). Viewing the evidence in the light most favorable to the People, we conclude that it is legally sufficient to support the conviction (*see generally People v Bleakley*, 69 NY2d 490, 495 [1987]). The sentence is neither unduly harsh nor severe. Present—Pigott, Jr., P.J., Wisner, Hurlbutt, Kehoe and Lawton, JJ.